**UNITED STATES of America**

v.

**TUYEN QUANG PHAM, Appellant.**

**No. 13–3144.**

United States Court of Appeals, Third Circuit.

Submitted Pursuant to Third Circuit LAR 34.1(a) July 9, 2015.

Frank A. Labor, III, Esq., Emily McKillip, Esq., Office of United States Attorney, Philadelphia, PA, for Appellee.

Thomas A. Dreyer, Esq., Chadds Ford, PA, for Appellant.

Before: FISHER, JORDAN and HARDIMAN, Circuit Judges.

**JUDGMENT ORDER**

D. MICHAEL FISHER, Circuit Judge.

This cause came on to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on September 8, 2014. After consideration of all contentions raised by the Appellant, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the District Court entered June 27, 2013, be and the same is hereby VACATED for the same reasons stated in this Court's decision in *United States v. Bui,* 769 F.3d 831 (3d Cir.2014). Appellant's petition is GRANTED and the case is REMANDED for further proceedings consistent with this order.